UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

v.      :      CRIMINAL NO. 19-127 (TNM)

WALTER PARKER,      :

     Defendant.      :

## VERDICT FORM

As to the charge of unlawful possession of a firearm and ammunition by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury find the defendant:

_____ Not Guilty      \_\_\_✓\_\_\_ Guilty

Foreperson Signature / Juror Number

Date: 2/10/22